# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Freelene Martina Miguel**<br>DOB: 1989; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-04769MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about March 4, 2025, in the District of Arizona, **Freelene Martina Miguel**, knowing and in reckless disregard of the fact that certain illegal aliens, to include Leonides Arnulfo Carranza-Banuelos, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On March 3, 2025, in the District of Arizona (Ventana), at approximately 9:40 p.m., Border Patrol Agents (BPAs) were notified of a lifted white pickup truck that failed to yield for a traffic stop and was being pursued by a Tohono O'odham Police Department (TOPD) Officer on Federal Route (FR) 34, heading towards the village of Ventana, Arizona on the Tohono O'odham Nation (TON). While the vehicle was being pursued, BPAs conducting area surveillance near the village of Ventana obtained visual of the vehicle pursuit and notified responding BPAs that the vehicle had come to a stop and all subjects in the vehicle absconded. The TOPD Officer who initiated the vehicle stop was able to locate and apprehend the driver who was later identified as **Freelene Martina MIGUEL**. BPAs, with the assistance of the BPAs conducting the surveillance, responded to last known location of the fleeing subjects but were unable to locate anyone at that time. Shortly after, one subject wearing camouflage clothing was found near the vehicle's location. BPAs conducted an immigration inspection on the subject wearing camouflage, later identified as Leonides Arnulfo Carranza-Banuelos, and determined him to be a citizen of Mexico, illegally present in the United States. Records checks revealed that Leonides Arnulfo Carranza-Banuelos does not possess the proper documentation to enter, pass through or remain in the United States legally. BPAs were later informed that the TOPD Officer had initiated the vehicle stop for reckless driving.

Material witness Leonides Arnulfo Carranza-Banuelos stated he is a citizen of Mexico, and he paid 40,000 Mexican Pesos and $6,000 to be smuggled into the United States. Carranza stated he illegally crossed into the United States with a group of seven subjects which included a foot guide. Carranza stated they walked through the desert for six days until they crossed SR 86 and waited in nearby brush. Carranza stated he was told by the foot guide that a vehicle would be picking them up and heard the foot guide refer to the load driver as "La India". Carranza stated a white two-door Chevrolet Silverado arrived and he entered the rear trunk area of the vehicle.
**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Leonides Arnulfo Carranza-Banuelos

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>*/s/*<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x  ||
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*/s/ Maria S. Aguilera* | DATE<br>March 4, 2025 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Chamblee

**Continued from front page.**

Carranza stated they traveled for approximately 20 minutes before they heard a police vehicle behind them attempting to pull them over. Carranza stated the driver was then driving erratically and at a high rate of speed and he feared for his life as he was in the rear of the truck and the driver almost flipped the vehicle. Carranza stated the vehicle then came to a complete stop and everyone in the vehicle ran, including the driver. Carranza stated he was later arrested along with the driver. Carranza was able to positively identify **MIGUEL** as the driver of the vehicle that picked him up from a photo lineup.

After waiving her *Miranda* rights, **MIGUEL** stated she lives in the village of Ventana, and she was unable to recall any details of the event or of the day due to her being "blacked out". **MIGUEL** claimed she had been drinking since approximately 5:00 a.m. in Casa Grande, Arizona. **MIGUEL** was unable to recall why she was driving near the village of Hickiwan, Arizona and claimed she did not stop for TOPD because she didn't want to receive a Driving Under the Influence (DUI) charge.